# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *   CASE NO. 4:17-CR-00200-SWW-2 |
| | * |
| SHAWNELL SIMPSON | * |

## ORDER REVOKING SUPERVISED RELEASE

On March 25, 2020, the Court held a hearing on the Government's superseding motion to revoke the supervised release previously granted to Defendant Shawnell Simpson. *Doc. 96*. Defendant Simpson appeared with her attorney, Robert M. Golden, and Assistant United States Attorney Michael Gordon represented the Government. Defendant Simpson did not contest the violations set forth in the Government's motion, and the Court found that she had violated the conditions of her supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Simpson be, and it is hereby, *REVOKED*, and the Government's superseding motion to revoke (*Doc. 96*) is GRANTED.

IT IS FURTHER ORDERED that Defendant Simpson shall serve a term of imprisonment of **FIFTEEN MONTHS** in the custody of the Bureau of Prisons, with *no supervised release to follow*. The Court recommends that Defendant Simpson

be designated to serve her sentence at the Federal Correctional Institution in Tallahassee, Florida and that she receive mental health counseling and participate substance abuse treatment during her incarceration.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 30th day of March, 2022.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE